# Magistrate System Organizational Chart



- Mason Byrd, Director
  - Administrative Assistant: Elizabeth Doudera
  - Magistrate Advisors: David Brumit, Chuck Crum, Jonathan Green, Paul Gregory, Heather Page, Carolyn St. Clair
  - Magistrate Education Coordinator: Elizabeth Edwards
    - Education Analyst: John Campbell
  - Region 1 Magistrate Supervisor: G. Wayne Frye
    - A Chief Magistrate per District
      - Magistrates
  - Region 2 Magistrate Supervisor: Don McCown
    - A Chief Magistrate per District
      - Magistrates
  - Region 3 Magistrate Supervisor: Shawn Barnes
    - A Chief Magistrate per District
      - Magistrates
  - Region 4 Magistrate Supervisor: Cheryl Thompson
    - A Chief Magistrate per District
      - Magistrates
  - Region 5 Magistrate Supervisor: E. Elizabeth Edwards
    - A Chief Magistrate per District
      - Magistrates
  - Region 6 Magistrate Supervisor: Vacant
    - A Chief Magistrate per District
      - Magistrates
  - Region 7 Magistrate Supervisor: Thomas Cahill
    - A Chief Magistrate per District
      - Magistrates
  - Region 8 Magistrate Supervisor: Fred Jackson
    - A Chief Magistrate per District
      - Magistrates