UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

**Karly R. Cahill**,

    Plaintiff,

v.                                         Case No. **2:19cv393**

**Office of the Executive Secretary of the
Supreme Court of the Commonwealth of Virginia,**

    Defendant,

## DISMISSAL ORDER

The parties herein have reported to the Court that this matter is settled. It is, therefore,

**ORDERED** that this case be, and it hereby is, **DISMISSED** with prejudice. Jurisdiction in the matter is retained solely for the purpose of enforcing the settlement agreement.

The Clerk shall forward copies of this order to all counsel of record.

   June 8, 2020                                               /s/
Date                                                Arenda L. Wright Allen, U.S. District Judge